UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

DANIEL SHANE COOPER,

Plaintiff,

v.

ROWAN COUNTY, KENTUCKY, *et al.*,

Defendants.

Civil Action No. 0:26-cv-00027-SCM

**JUDGMENT**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The complaint, **[Dkt. 1]**, is **DISMISSED with prejudice**.

2. This matter shall be **STRICKEN** from the active docket.

This 26th day of October, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky